**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
KOUTKEO THI

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-391-GEB |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | TO SEPTEMBER 25, 2009 |
| ) | |
| KEOUDONE N. PHAOUTHOUM, ) et al., ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

    Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Michael M. Beckwith, and defendant Keoudone N. Phaouthoum by his attorney Mr. Steven Bauer, defendant Zi Lei, by his attorney, Mr. J. Clark Head, defendant John Li, by his attorney Mr. Johnny L. Griffin, III and defendant Koutkeo Thi, by her attorney Mr. James R. Greiner, hereby stipulate and agree that the status conference calendared for **Friday, June 19, 2009, at 9:00 a.m.** before the Honorable United States District Court Judge, Garland E. Burrell, Jr., may be continued to **Friday, September 25, 2009, at 9:00 a.m.**

    The Court's courtroom deputy, Ms. Shani Furstenau, has been contacted to ensure the Court's calendar was available for that date and the Court is available on

1

1  Friday, September 25, 2009.

2      There is no trial date set.

3      The Court has previously made a finding that this case is complex pursuant to
4  the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2,
5  which allowed the Court to make the finding that this case is so unusual or so
6  complex, due to the number of defendants, the nature of the prosecution, or the
7  existence of novel questions of fact or law, that it is unreasonable to expect adequate
8  preparation for pretrial proceedings or the trial itself within the time limits established
9  by the Speedy Trial Act.  (See Docket Entries # 43, 52  and 69). In addition,  the
10 Court previously found from the record made with factual support, that time is to be
11 excluded under local code T-4, that time is to be excluded  for the reasonable time
12 necessary for effective preparation by defense counsel and Title 18 U.S.C. section
13 3161(h)(8)(B)(iv), of the speedy trial act. (See Docket Entries # 43, 52 and 69)

## PROCEDURAL STATUS  OF THE CASE

15 On August 11, 2008, the government filed a criminal complaint. (See Docket
16 Entry #1). On August 28, 2008, the government filed a six (6) count Indictment
17 against the six (6) defendants. (See Docket Entry # 40)

18 On August 28, 2008, five (5) of the defendants were arraigned on the six (6)
19 count  Indictment and a status conference was scheduled for November 7, 2008. (See
20 Docket Entry # 43)The Court found that this case is complex pursuant to the Speedy
21 Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which
22 allowed the Court to make the finding that this case is so unusual or so complex, due
23 to the number of defendants, the nature of the prosecution, or the existence of novel
24 questions of fact or law, that it is unreasonable to expect adequate preparation for
25 pretrial proceedings or the trial itself within the time limits established by the Speedy
26 Trial Act.  (See Docket Entry 43). In addition,  the Court previously found from the
27 record made with factual support, that time is to be excluded under local code T-4,

28                                    2

that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time was excluded under the Speedy Trial Act from August 28, 2008, to November 7, 2008. (See Docket Entry 43)

On October 22, 2008, defendant De Yang (which would be the sixth defendant) was arraigned on the six (6) count Indictment. (See Docket Entry #52) The Court found that this case is complex pursuant to the Speedy Trial Act, Title 18 U.S.C. section 3161(h)(8)(B)(ii) and local code T-2, which allowed the Court to make the finding that this case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.  (See Docket Entry 43 and 52). In addition, the Court previously found from the record made with factual support, that time is to be excluded under local code T-4, that time is to be excluded for the reasonable time necessary for effective preparation by defense counsel and Title 18 U.S.C. section 3161(h)(8)(B)(iv), of the speedy trial act. Time was excluded under the Speedy Trial Act from October 22, 2008, to November 7, 2008. (See Docket Entry 43 and 52)

### DISCOVERY STATUS IN THE CASE

The government is in the process of continuing to produce discovery in this case. To date, the government has produce approximately over 4,700 pages both on CD's and hard copy and approximately over 2,000 telephone calls of various time duration.  The defense is in the continuing process of reviewing this large amount of discovery.

In addition, investigation by the defense is on going.

Further, the defense is continually evaluating the case in light of other defendants entering into plea deals with the government.

3

In addition, the review of the over 2,000 telephone calls continues and is continually being evaluated.

Finally, many of the defendants are in more than one indictment filed by the government and the complexity of multiple defendants in the multiple indictments, the complexity of the investigation based on multiple indictments, the complexity of the legal issues in the multiple indictments and the complexity of attempting to discuss with the government any type of resolution is complex due to the complexity of multiple indictments.

## SPEEDY TRIAL ACT EXCLUSION OF TIME

The parties stipulate and agree that time under the Speedy Trial Act shall continue to be excluded **up to and including Friday, September 25, 2009, under** the Speedy Trial Act under Local Code T-2 (**complexity of case**) and Title 18 U.S.C. section 3161(h)(8)(B)(ii) and Local Code T-4 (**time for defense counsel preparation**) and Title 18 U.S.C. section 3161(h)(8)(B)(iv).

Respectfully submitted,
LAWRENCE G. BROWN
ACTING UNITED STATES ATTORNEY

DATED: 6-15-09

/s/ Michael M. Beckwith by in person authorization
_____
Michael M. Beckwith
ASSISTANT UNITED STATES ATTORNEY

DATED: 6-15-09

/s/ Steve Bauer  by e mail authorization
_____
Steve Bauer
Attorney for Defendant Keoudone N. Phaouthoum

DATED 6-15-09

/s/ J. Clark Head by telephone authorization
_____
J. Clark Head
Attorney for Defendant Zi Lei

DATED: 6-15-09

/s/ Johnny L. Griffin, III by e mail authorization
_____
Johnny L. Griffin, III
Attorney for Defendant John Li

4

DATED: 6-15-09           /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant Koutkeo Thi

**ORDER**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:  June 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

5