**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
John Li

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08- 391- GEB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | DATE:  July 24, 2009 |
| KEOUDONE N. PHAOUTHOUM, et al., | TIME:  9:00 a.m. |
| | Hon. Garland E. Burrell, Jr |
| Defendants. | |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney Michael M, Beckwith, hereby agree and stipulate to continue the status conference in the above captioned case from July 24, 2009 to October 9, 2009 at 9:00 a.m.[1] This continuance is requested because counsel for Defendants need additional time to review discovery, conduct further investigation and discuss possible resolution with counsel for the Government.  For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy

---

[1] The parties have been advised by this Court's Clerk that October 9, 2009 at 9:00 a.m. is an available date and time for a status conference on this matter.

Trial Act from July 24, 2009 through October 9, 2009 for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: July 22, 2009                    Respectfully submitted,

/s/ Michael M. Beckwith[2]
MICHAEL M. BECKWITH
Assistant United States Attorney

/s/ Steve Bauer[3]
Dated: July 22, 2009                    STEVE BAUER
Attorney for Phaouthoum

/s/ David Dratman
DAVID DRATMAN
Dated: July 22, 2009                    Attorney for  Tuy Nyguen

/s/ Mark Reichel
MARK REICHEL
Dated: July 22, 2009                    Attorney for Xayadeth

/s/ Michael Bigelow
MICHAEL BIGELOW
Dated: July 22, 2009                    Attorney for SON NGUYEN

/s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Dated: July 22, 2009                    Attorney for Li

---

[2] Assistant United States Attorney Michael Beckwith telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

[3] Attorneys Steve Bauer, David Dratman, Michael Bigelow, and Mark Reichel telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on their behalf.

ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

      Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: 8/3/09

Garland E. Burell, Jr.
United States District Judge