**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    **Telephone:   530.759.0700**
    **Facsimile:    530.759.0800**
**Attorney for Defendant**

KEOUDONE PHAOUTHOUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>KEOUDONE PHAOUTHOUM; et al.,<br><br>        Defendants. | Case No. CR S 08-389, 08-390, 08-391, 08-392 GEB<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |

      It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Michael M. Beckwith, Assistant United States Attorney, and Defendant, KEOUDONE PHAOUTHOUM, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for December 17, 2010, at 9:00 a.m., be rescheduled to January 28, 2011, at 9:00 a.m.

      The parties are entering into this Stipulation to provide additional time for

/ / / / /
/ / / / /

/ / / / /

counsel to travel to Butte County to meet with defendant and review the new PSR with counsel and interpreter.

Dated:   December 7, 2010          Respectfully submitted,

                                   JOSEPH J. WISEMAN, P.C.

                                   By:   /s/  Joseph J. Wiseman
                                        JOSEPH J. WISEMAN
                                        Attorney for Defendant
                                        KEOUDONE PHAOUTHOUM

Dated: December 7, 2010            BENJAMIN B. WAGNER
                                   United States Attorney

                                   By:   /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH, AUSA
                                        Attorney for Plaintiff
                                        UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to January 28, 2011 at 9:00 a.m.

**Date: 12/10/2010**

                                   _____
                                   **GARLAND E. BURRELL, JR.**
                                   **United States District Judge**