```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I St., Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2729
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>                            )<br>            Plaintiff,      )<br>                            )<br>        v.                  )<br>                            )<br> KEOUDONE NOY PHAOUTHOUM,    )<br>                            )<br>            Defendant.       )<br>_____) | CR. No. S 2:08-389 GEB<br>CR. No. S 2:08-390 GEB<br>CR. No. S 2:08-391 GEB<br><br><br>[PROPOSED] ORDER |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The Indictment's in case numbers CR-S-08-389 GEB, CR-S-08-390 GEB, and CR-S-08-391 GEB, as to defendant KEOUDONE NOY PHAOUTHOUM are hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

Dated: March 26, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1